UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

DOUGLAS HINES,

          Plaintiff,

    -against-

THE CITY OF NEW YORK, et al.,

          Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/21/10

09 Civ. 10457 (LTS) (AJP)

**OPINION AND ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

    Plaintiff Hines failed to appear as ordered at today's settlement conference. The case did not settle, and plaintiff's absence made the settlement conference a waste of time (despite the presence of plaintiff's counsel).

    Accordingly, plaintiff is directed to pay $500 to the Clerk of Court in sanctions, pursuant to Fed. R. Civ. P. 16 and 37, and the Court's inherent power. See Kerestan v. Merck & Co. Long Term Disability Plan, 05 Civ. 3469, 2008 WL 2627974 at *1 (S.D.N.Y. July 2, 2008) (Peck, M.J.) (& cases cited therein).

    SO ORDERED.

Dated:    New York, New York
          May 21, 2010

                                        Andrew J. Peck
                                     United States Magistrate Judge

Copies **by fax & ECF** to:    Rose M. Weber, Esq.
                                 Maurice L. Hudson, Esq.
                                 Judge Laura Taylor Swain